UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

UNITED STATES OF AMERICA,

             Plaintiff,

    v.

PAUL WILLIAM DRIGGERS,

             Defendant/Petitioner.

Case No. 2:09-cv-00468-EJL
          2:06-cr-00173-EJL

JUDGMENT

Based upon this Court's Memorandum Decision and Order, entered herewith, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendant/Petitioner take nothing from the Plaintiff and the civil case associated with this matter is **DISMISSED IN ITS ENTIRETY** .

DATED:  **October 24, 2011**

Honorable Edward J. Lodge
U. S. District Judge

**JUDGMENT** – 1